# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1949

Igor Tatourian, et al v. Attorney General United States

(Agency Case No.: A070-702-787)

## ORDER

      In accordance with the parties' joint motion to dismiss on the ground that with the information currently available the petitioners are not deemed an immigration enforcement priority, the matter is hereby dismissed without prejudice, pursuant to Fed. R. App. P. 42(b), and without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    July 05, 2023
JK/cc:  Giovanni Di Maggio, Esq.
       EOIR,
       Teresa Salazar-Cosmos, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate